CA 05 508T

**STATEMENT**

On July 11, 2004 and again on January 21, 2005, I was refused medication from the VA Hospital and had to call an ambulance to be taken to the local hospital.

The VA Hospital refused me medical treatment on both occasions, plus as recently as last week on November 27,2005.

I am suing for one hundred thousand dollars ($100,000) for pain and suffering.

James Johnson 11/30/05

632-2493 home
60 P~~RA~~
PRAIRIE Ave
Prov., RI 02905