UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES JOHNSON | : | |
| | : | |
| v. | : | C.A. 05-508T |
| | : | |
| V.A. HOSPITAL | : | |

**MEMORANDUM AND ORDER**

In this matter, the Plaintiff, James Johnson ("Johnson") filed an Application to Proceed Without Prepayment of Fees and Affidavit on December 7, 2005 (the "Application"). (Document No. 2). The Application has been referred to me for determination. 28 U.S.C. § 636(b)(1)(A); Local R. 32(b). The Application contains a question (No. 3) that asked Johnson about sources of money received during the past twelve months. Johnson indicated that he received money from two sources, "[p]ensions, annuities or life insurance payments" and "[d]isability or workers compensation payments." Johnson did not, as requested in the Application, "describe...each source of money and state the amount received and what [he] expect[s] [he] will continue to receive."

This Court cannot determine whether Johnson qualifies to have his Application granted in this case until the Application is fully and properly completed. Johnson shall complete and file another Application and provide all of the information requested in question 3 regarding his sources of money.

Johnson must file a fully and properly completed Application with the Court on or before **January 9, 2006** or risk having his Application denied and this matter dismissed.

So ordered.

ENTER:

LINCOLN D. ALMOND
United States Magistrate Judge
December 8, 2005

BY ORDER:

Deputy Clerk