UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

JAMES JOHNSON

           v.                        CA No. 05-508-T

V.A. HOSPITAL

### ORDER OF DISMISSAL

This case is dismissed without prejudice for plaintiff's failure to comply with a Memorandum and Order dated December 8, 2005, instructing him to submit further documentation by January 9, 2006.

By Order

_[signature]_
Deputy Clerk

ENTER:

_[signature]_
Ernest C. Torres
Chief Judge

Date: February 3 2006