UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

JAMES JOHNSON

v. CA No. 05-508-T

V.A. HOSPITAL

**ORDER OF DISMISSAL**

This case is dismissed without prejudice for plaintiff's failure to comply with a Memorandum and Order dated December 8, 2005, instructing him to submit further documentation by January 9, 2006.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: February 3 2006